# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| TOCARRA HOLLINSHEAD, | ) | C.A. No.: 2:19-cv-02517-RMG-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL,** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| THE MEDICAL UNIVERSITY OF SOUTH CAROLINA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Tocarra Hollinshead, by and through her undersigned counsel, and Defendant Medical University of South Carolina, by and through its undersigned counsel, having represented to the Court Plaintiff's desire to dismiss Defendant from this action, including all of the claims and causes of action against Defendant, with prejudice; it is hereby

STIPULATED, that Plaintiff's claims and causes of action against Defendant are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

(signatures on following page)

1

s/ Bob J. Conley
Caroline Wrenn Cleveland (FID #5478)
Bob J. Conley (FID #6791)
Emmanuel J. Ferguson (FID #11941)
CLEVELAND & CONLEY, L.L.C.
171 Church Street, Suite 310
Charleston, South Carolina 29401
(843) 577-9626
ccleveland@clevelandlaborlaw.com
bconley@clevelandlaborlaw.com
eferguson@clevelandlaborlaw.com

ATTORNEYS FOR DEFENDANT


s/ Thomas J. Rode
Thomas J. Rode (Federal ID #11139)
THURMOND, KIRCHNER & TIMBES, P.A.
15 Middle Atlantic Wharf
Charleston, South Carolina 29401
(843) 937-8000
thomas@tktlawyers.com

ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
March 24, 2020